THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 In The Matter
 Of The Care And Treatment Of Cedric Leandra White, Appellant.
 
 
 
 
 

Appeal From Charleston County
Deadra L. Jefferson, Circuit Court Judge

Unpublished Opinion No.  2011-UP-009  
 Submitted January 1, 2011  Filed January
24, 2011

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Deborah R. J. Shupe, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Cedric
 Leandra White appeals his commitment to the South Carolina Department of Mental
 Health under the Sexually Violent Predator Act.  White argues the trial court
 erred by improperly relying on Dr. Schwartz-Watt's diagnosis of an unspecified
 sexual disorder during his second evaluation even though she had previously
 found he did not meet the definition of a sexually violent predator.  After a thorough review of the record and
 counsel's brief, pursuant to Anders v. California, 386 U.S. 738 (1967), In
 re McCoy, 360 S.C. 425, 427, 602 S.E.2d 58, 59 (2004) (adopting the Anders procedure for alleged no-merit appeals in sexually violent predator involuntary
 commitment appeals), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.
APPEAL DISMISSED.
FEW, C.J., SHORT and
 WILLIAMS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.